

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2014

No. 04-14-00427-CV

**IN THE INTEREST OF J.M.O.,** A Child,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01766
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court